UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

VLADIMIR MALIAROV, Individually and on :
Behalf of All Others Similarly Situated,           :
                                                                       :
                                    Plaintiff,                :
                                                                       :
              vs.                                                   :
                                                                       :
EROS INTERNATIONAL PLC, et al.,              :
                                                                       :
                                    Defendants.            :
_____ x

Civil Action No. 1:15-cv-08956-AJN

CLASS ACTION

**NOTICE OF FILING**

PLEASE TAKE NOTICE that proposed Lead Plaintiff Teamsters Local 710 Pension Fund ("Teamsters Local 710") hereby files a copy of the Notice of Motion of Teamsters Local 710 for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, and associated documents, in the above-captioned action (the "Motion"). Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§77z-1 and 78u-4, Teamsters Local 710 Pension Fund timely filed their Motion on January 12, 2016, in the first-filed, lowest-numbered action captioned *Asrani v. Eros Int'l PLC, Inc.*, Case No. 2:15-cv-08054-CCC-JBC (D.N.J.). The Motion papers, attached as Exhibit 1, include a Notice of Motion, Memorandum of Law, the Declaration of Peter S. Pearlman, and a proposed Order.

DATED: January 12, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD


*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
dwilens@rgrdlaw.com
stirabassi@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on January 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ David A. Rosenfeld*
_____
DAVID A. ROSENFELD
