UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VLADIMIR MALIAROV, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EROS INTERNATIONAL PLC, JYOTI DESHPANDE, ANDREW HEFFERNAN, PREM PARAMESWARAN, KISHORE LULLA, VIJAY AHUJA, NARESH CHANDRA, DILIP THAKKAR, SUNIL LULLA, MICHAEL KIRKWOOD, KEN NAZ, DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, UBS SECURITIES LLC, JEFFERIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, and EM SECURITIES LLC,<br><br>    Defendants. | Case No. 1:15-cv-08956-AJN |

**NOTICE OF MOTION OF JOHN J. SCIORTINO FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Ira M. Press, dated January 12, 2015, the exhibits attached thereto, the accompanying Memorandum of Law and all prior pleadings and proceedings had herein, Class member John J. Sciortino (the "Movant") will move this Court, before the Honorable Alison J. Nathan, United States District Judge, in Courtroom 906, Daniel Patrick Moynihan United States Courthouse, 40 Foley Square, New York, New York, on a date and at a time designated by the Court, for: (i) an order for Movant's appointment, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), as Lead Plaintiffs for the proposed class in the above-captioned action; (ii) the Court's approval of Movant's selection of the law firm of Kirby McInerney LLP as Lead Counsel for the proposed Class; and (iii) such other and further relief as the Court may deem just and proper.

2

| | |
|---|---|
| Dated: January 12, 2016 | Respectfully Submitted,<br><br>KIRBY McINERNEY LLP<br><br>By: */s/ Ira M. Press*<br>Ira M. Press<br>Thomas W. Elrod<br>Karina Kosharskyy<br>825 Third Avenue, 16th Floor<br>New York, NY 10022<br>Tel: (212) 371-6600<br>Fax: (212) 751-2540<br>Emails: ipress@kmllp.com<br>telrod@kmllp.com<br>kkosharskyy@kmllp.com<br><br>*Attorneys for Proposed Lead Plaintiff* |

2

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was forwarded to all counsel of record through the Court's ECF system on January 12, 2016.

>  /s/ Ira M. Press
>  Ira M. Press

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VLADIMIR MALIAROV, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>         v.<br><br>EROS INTERNATIONAL PLC, JYOTI DESHPANDE, ANDREW HEFFERNAN, PREM PARAMESWARAN, KISHORE LULLA, VIJAY AHUJA, NARESH CHANDRA, DILIP THAKKAR, SUNIL LULLA, MICHAEL KIRKWOOD, KEN NAZ, DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, UBS SECURITIES LLC, JEFFERIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, and EM SECURITIES LLC,<br><br>           Defendants. | Case No. 1:15-cv-08956-AJN |

**[PROPOSED] ORDER**

Having considered the motion of John J. Sciortino for appointment as Lead Plaintiff and approval of selection of Lead Counsel, the accompanying Memorandum of Law and Declaration of Ira M. Press in support thereof, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

1. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") John J. Sciortino is appointed Lead Plaintiff in the above-captioned securities class action; and

2. The law firm of Kirby McInerney LLP is hereby appointed Lead Counsel for the proposed Class.

DATED:_____       _____
                                                      THE HONORABLE ALISON J NATHAN
                                                      UNITED STATES DISTRICT JUDGE