UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VLADIMIR MALIAROV, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>EROS INTERNATIONAL PLC, JYOTI DESHPANDE, ANDREW HEFFERNAN, PREM PARAMESWARAN, KISHORE LULLA, VIJAY AHUJA, NARESH CHANDRA, DILIP THAKKAR, SUNIL LULLA, MICHAEL KIRKWOOD, KEN NAZ, DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, UBS SECURITIES LLC, JEFFERIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, and EM SECURITIES LLC,<br><br>      Defendants. | No. 1:15-cv-08956-AJN |

**NOTICE OF MOTION OF THE TOWN OF DAVIE POLICE OFFICERS' PENSION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Alison J. Nathan, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 906, New York, New York, the Town of Davie Police Officers' Pension Plan ("Davie Police") will respectfully move this Court for entry of an Order, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Davie Police as Lead Plaintiff in the above-captioned action; (2) approving Davie Police's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to serve as Lead Counsel for the Class; and (3) for any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that Davie Police believes it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Davie Police believes that it has the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $165,000 in losses that it suffered on its investments in Eros International PLC. Davie Police also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class. Moreover, Davie Police is a paradigmatic Lead Plaintiff under the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation, which guarantees effective monitoring and supervision of counsel.

Davie Police respectfully requests oral argument.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Gerald H. Silk filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Davie Police respectfully requests that the Court: (1) appoint Davie Police as Lead Plaintiff in the above-captioned action pursuant to the PSLRA; (2) approve Davie Police's selection of Bernstein Litowitz to serve as Lead Counsel for the Class; and (3) grant such further relief as the Court may deem just and proper.

Dated: January 12, 2016

Respectfully Submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

*/s/ Gerald H. Silk*
Gerald H. Silk
Avi Josefson
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Proposed Lead Plaintiff Town of Davie Police Officers' Pension Plan Proposed Lead Counsel for the Class*