USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 3 0 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File: 15-CV-8956 (AJN)

---

In re Eros International Securities Litigation

---

THIS DOCUMENT RELATES TO:
ALL ACTIONS

---

ALISON J. NATHAN, District Judge:

On August 29, 2016, Defendants Eros International Plc, Kishore Lulla, Jyoti Deshpande, Andrew Heffernan, and Prem Parameswaran filed a motion to dismiss. Pursuant to Rule 3.F of this Court's Individual Practices in Civil Cases, on or before September 8, 2016, Lead Plaintiffs must notify the Court and their adversary in writing whether (1) they intend to file an amended pleading and when they will do so or (2) they will rely on the pleading being attacked. Plaintiffs are on notice that declining to amend their pleadings to timely respond to a fully briefed argument in the Defendants' August 29, 2016 motion to dismiss may well constitute a waiver of the Plaintiffs' right to use the amendment process to cure any defects that have been made apparent by the Defendants' briefing. *See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC.*, 797 F.3d 160 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend has long been held proper, such as undue delay, bad faith, dilatory motive, and futility").

If Plaintiffs choose to amend, Defendants may then (a) file an answer; (b) file a new motion to dismiss; or (c) submit a letter stating that they rely on the initially-filed motion to dismiss. If Plaintiffs choose not to amend, the schedule set in the Court's May 27, 2016 order, Dkt. No. 52, shall remain in place.

Nothing in this Order alters the time to amend, answer or move provided by the Federal Rules of Civil Procedure or Local Rules.

1

Lead Plaintiffs' consent application to adjourn the initial pretrial conference scheduled for September 16, 2016 and the related September 9, 2016 submission deadline pending resolution of Defendants' motion, Dkt. No. 61, is GRANTED.

SO ORDERED.

Dated: August 3o, 2016
      New York, New York

                                       ALISON J. NATHAN
                             United States District Judge