UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re EROS INTERNATIONAL SECURITIES LITIGATION | x : : : : | Case No.: 15 Civ. 08956 (AJN) |
| This Document Relates To:  ALL ACTIONS | : : : x | **ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint, the Declaration of Michael J. Bowe, dated November 11, 2016, together with the exhibits attached thereto, as well as all of the prior pleadings and proceedings herein, Defendants Eros International Plc, Kishore Lulla, Jyoti Deshpande, Andrew Heffernan, and Prem Parameswaran, by and through their undersigned counsel, will move this Court before the Honorable Alison J. Nathan, United States District Judge at the United States Courthouse located at 40 Foley Square, Courtroom 906, New York, New York 10007, at a date and time determined by the Court, for: (1) an order pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(2), 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, granting Defendants' motion to dismiss with prejudice; and (2) any further relief that this Court deems equitable and just.

Dated: New York, New York
November 11, 2016

By:      /s/ *Michael J. Bowe*
Michael J. Bowe (mbowe@kasowitz.com)
Stephen W. Tountas (stountas@kasowitz.com)
**KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP**
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Defendants*

**TO:**

Michael W. Stocker (mstocker@labaton.com)
David J. Goldsmith (dgoldsmith@labaton.com)
Barry Michael Okun (bokun@labaton.com)
Alfred L. Fatale III (afatale@labaton.com)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477

*Attorneys for Lead Plaintiffs
Fred Eisner and Strahinja Ivoševič
and Lead Counsel for the Putative Class*

2