**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

In re Eros International Securities Litigation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/17

15 **CIVIL** 8956 (AJN)

## **JUDGMENT**

Before the Court is a motion to dismiss a consolidated class complaint for securities fraud, and the matter having come before the Honorable Alison J. Nathan, United States District Judge, and the Court, on September 22, 2017, having rendered its Memorandum and Order granting Defendants' motion to dismiss and dismissing the consolidated class amended complaint with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 22, 2017, Defendants' motion to dismiss is granted. The consolidated class amended complaint is dismissed with prejudice.

**Dated:**  New York, New York
       November 2, 2017

**RUBY J. KRAJICK**

Clerk of Court

BY:

_____

**Deputy Clerk**